**UNION CAMP CORPORATION, Plaintiff-Appellee,**

v.

**J. H. SMITH et al., Defendants-Appellants.**

**No. 71–2214**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 12, 1971.

Emanuel Lewis, Savannah, Ga., William J. Neville, Statesboro, Ga., for defendants-appellants.

George W. Williams, James M. Thomas, Savannah, Ga., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966.

---

**Don W. SLUDER, Petitioner-Appellant,**

v.

**C. Murray HENDERSON, Warden, La. State Penitentiary, Respondent-Appellee.**

**No. 71–1866.**

United States Court of Appeals, Fifth Circuit.

Nov. 10, 1971.

Don W. Sluder, pro se.

Jim Garrison, Dist. Atty., Parish of Orleans, New Orleans, La., for respondent-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

The appellant's motion to dismiss the appeal in the above styled and numbered cause is hereby denied. The judgment of the district court is affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

The decision of the District Court, rendered after a full evidentiary hearing, is reported, 333 F.Supp. 401.